



**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*
*Civil Division*

---

*c/o Social Security Administration*
*Office of Program Litigation, Office 3*
*Office of the General Counsel*
*Social Security Administration*
*6401 Security Boulevard*
*Baltimore, MD 21235*
*Telephone    (215) 597-4199*
*Facsimile     (215) 597-4662*

January 20, 2023

**VIA ECF**

The Honorable Evelyn Padin
United States District Judge
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

Re:    *Brian Thompson v. Kilolo Kijakazi, Acting Commissioner of Social Security*
        Civil Action No. 2:22-cv-06011

Dear Judge Padin,

The Acting Commissioner respectfully requests a 30-day extension of time to file her Response to Plaintiff's 9.1 (d)(1) Statement in the above-captioned matter.  The Commissioner requires further time to review the agency file and to consider thoroughly the issues raised in Plaintiff's statement.

Plaintiff filed her statement on December 19, 2022.  Currently, the Commissioner's response is now due.  The Commissioner respectfully requests a 30-day extension so that the deadline for the filing of his response is extended to and including Monday, February 20, 2023. No prior extension has been requested by the Commissioner.  Plaintiff's counsel, Steven Gaechter, Esquire, consents to this extension.

Thank you for your consideration.

Respectfully yours,

PHILIP R. SELLINGER
United States Attorney

By: /s/ Andrew C. Lynch
Andrew C. Lynch
Special Assistant U.S. Attorney

cc:     Steven Gaechter, Esquire, *via CM/ECF*

SO ORDERED:
Dated:

Newark, New Jersey  _____

SO ORDERED

____s/Evelyn Padin____
Evelyn Padin, U.S.D.J.

Date: 1/23/2023

*All deadlines shall be extended 30 days.*