UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

BRIAN THOMPSON,

        Plaintiff,

    v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.

Hon. Evelyn Padin
Civil Action No. 2:22-CV-06011

**Electronically Filed**

---

### CONSENT ORDER REVERSING AND REMANDING FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)

This matter having been opened to the Court by Philip R. Sellinger, United States Attorney for the District of New Jersey, and Andrew C. Lynch, Special Assistant United States Attorney, attorneys for Defendant, for an Order reversing and remanding the within cause of action to the Defendant pursuant to sentence four of 42 U.S.C. § 405(g) so that further administrative action may be taken.

Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 31st day of ___January___, 2023;

**ORDERED** that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action. Entry of a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure will be separately issued.

_____
HON. EVELYN PADIN
United States District Judge

The undersigned hereby consent to the form and entry of the within order.

PHILIP R. SELLINGER
United States Attorney

By:    _/s/ Andrew C. Lynch_____
       Andrew C. Lynch
       Special Assistant U.S. Attorney

By:    _/s/ Steven Gaechter_____
       Steven Gaechter, Esquire
       Attorney for Plaintiff