UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BRIAN THOMPSON,

      Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

      Defendant.

Hon. Evelyn Padin
Civil Action No. 2:22-CV-06011

**Electronically Filed**

## JUDGMENT ORDER

AND NOW, this  31st  day of  January , 2023, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

_/s/ Evelyn Padin_
United States District Judge