UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN T.,<br><br>                    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>                    Defendant. | Civil Action No. 2:22-cv-06011 (EP)<br><br>**Electronically Filed** |

### CONSENT ORDER FOR PAYMENT OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA"), 28 U.S.C. § 2412

**IT IS STIPULATED** by and between the undersigned, that Plaintiff shall be awarded attorney fees in the amount of Two-Thousand, Nine-Hundred, Fifty-One dollars and 20/100 cents ($2,951.20) under 28 U.S.C. § 2412(d), and costs in the amount of Four Hundred and Two dollars and 00/100 cents ($402.00) under 28 U.S.C. § 2412(a).[1]  Such award is made in full satisfaction of any and all claims for fees, costs, and other expenses brought under 28 U.S.C. § 2412.  It is further agreed that although fees and costs are payable to Plaintiff, such fees and costs may be paid directly to Plaintiff's attorney, providing Plaintiff does not owe a debt subject to offset under the Treasury Offset Program, inasmuch as Plaintiff has agreed to assign his rights to such fees and costs to his attorney.

---

[1] Costs are paid from the Judgment Fund by the Department of the Treasury, if so ordered by the Court under 31 U.S.C. § 1304.  See 28 U.S.C. § 2412(c)(1).

IT IS on this  2nd   day of  February  , 2023.

**ORDERED** that Plaintiff be allowed a fee award under the EAJA in the amount of Two-Thousand, Nine-Hundred, Fifty-One dollars and 20/100 cents ($2,951.20), and costs under the EAJA in the amount of Four Hundred and Two dollars and 00/100 cents ($402.00) in full satisfaction of Plaintiff's petition for the payment of fees and costs made under 28 U.S.C. § 2412(a), (d). The undersigned hereby consent to the form and entry of this Order.

        Respectfully submitted,

        PHILIP R. SELLINGER
        UNITED STATES ATTORNEY

| | |
|---|---|
| s/ *Steven Gaechter* | s/ *Andrew C. Lynch* |
| STEVEN GAECHTER | ANDREW C. LYNCH |
| 440 State Highway 17, Suite 3A | Special Assistant U.S. Attorney |
| Hasbrouck Heights, New Jersey 07604 | c/o Social Security Administration |
| 201-288-0055 | Office of Program Litigation, Office 3 |
| Attorney for Plaintiff | Office of the General Counsel |
| sgaechter@gaechterlaw.com | 6401 Security Boulevard |
| | Baltimore, MD 21235 |
| | Phone: 215 597-4199 |
| | Fax: 215-597-4662 (fax) |
| | Andrew.Lynch@ssa.gov |
| | |
| | Dated: February 2, 2023 |

SO ORDERED:
Dated: 2/2/2023

Newark, NJ  _____
        Evelyn Padin
        United States District Judge